**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DUSTIN OWEN REDENIUS,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Petitioner,　　　　　　)　　3:14-cv-00538-RCJ-VPC
　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　)　　**ORDER**
　　　　　　　　　　　　　　　　)
JACK PALMER, *et al.*,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Respondents.　　　　　　)
_____/

On February 17, 2016, respondents filed a motion asking this court to reconsider its order denying their motion to strike – i.e., ECF No. 29.  ECF No. 30.  The court has considered respondents' arguments in support of its motion and declines to reconsider its decision.

**IT IS THEREFORE ORDERED** that respondents' motion for reconsideration (ECF No. 30) is DENIED.

Dated this 20th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE