RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
C.B. KIRSCHNER
Assistant Federal Public Defender
Pennsylvania State Bar No. 92998
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
CB_Kirschner@fd.org

Attorney for Dustin Redenius

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN OWEN REDENIUS,<br><br>    Petitioner,<br><br>v.<br><br>JACK PALMER, WARDEN, et al.,<br><br>    Respondents. | Case No. 3:14-cv-00538-RCJ-VPC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ANSWER**<br><br>(Second Request) |

Petitioner, Dustin Redenius, by and though counsel, C.B. Kirschner, Assistant Federal Public Defender, moves this Court for an extension of time of sixty (60) days from July 3, 2017, to and including September 1, 2017, to file a Reply to Respondents' Answer to the Amended Petition for Writ of Habeas Corpus. This motion is based upon the attached points and authorities and all pleadings and papers on file herein.

/ / /

/ / /

/ / /

# POINTS AND AUTHORITIES

1. Dustin Redenius filed his pro se Petition for a Writ of Habeas Corpus on October 14, 2014. ECF No. 2. On October 2, 2015, Mr. Redenius, through counsel, filed an Amended Petition. ECF No. 16. Respondents filed an Answer to the Amended Petition on April 3, 2017. ECF No. 47. Mr. Redenius's Reply to Respondents' Answer is currently due July 3, 2017. Mr. Redenius now requests an additional sixty (60) days to file his Reply, until September 1, 2017. This is the second request for an extension of time.

2. The additional period of time is necessary in order to effectively represent Mr. Redenius. This motion is filed in the interests of justice and not for the purposes of unnecessary delay.

3. Counsel has been working diligently on this matter, however, her current caseload makes it necessary to request additional time in order to complete the Reply. Counsel had an argument before the Ninth Circuit Court of Appeals on June 15, 2017, in *Rangel v. Neven*, case no. 16-15232, which required extensive preparation. Additionally, counsel filed a Motion for Stay in *Flowers v. Nevada*, case no. 2:16-cv-01304-APG-GWF, on June 8, 2017; a Reply to Answer in *Young v. Williams*, case no. 2:12-cv-00524-RFB-NJK, on June 26, 2017; and another Reply to Answer in *DeCastro v. Legrand*, case no. 3:14-cv-00529-RCJ-WGC, on July 3, 2017.

4. Counsel is currently working on numerous other cases with upcoming filing deadlines including a Reply to Response in *Ennis v. Nevada*, case no. C110002, due July 11, 2017; Opposition to Motion to Dismiss in *Melendez v. Neven*, case no. 2:16-cv-01003-JAD-CWH, due July 24, 2017; Reply to Answer in *Moore v. LeGrand*, case no. 3:13-cv-00390-LRH-WGC, due July 31, 2017; and Amended Petitions in *Posey v. Nevens*, case no. 2:15-cv-1482-RFB-GWF, due August 10, 2017; *Page v. Warden*, case no. 3:16-cv-00298-MMD-VPC, due August 14, 2017; *Yaag v.*

*LeGrand*, case no. 3:14-cv-00295-MMD-WGC, due August 28, 2017; *Dominguez v. Baker*, case no. 3:17-cv-00053-HDM-WGC, due August 21, 2017; *Cross v. Williams*, case no. 2:17-cv-00290-JCM-VCF, due September 5, 2017; and *Norton v. Williams*, case no. 2:16-cv-00894-RFB-CWH, due September 11, 2017

5.  On June 29, 2017, Deputy Attorney General Matthew Johnson was contacted via email and stated that he did not object to the extension, but the lack of objection should not be construed as a waiver of any issues or defenses.

6.  For the above stated reasons, Petitioner respectfully requests this Court grant the request for an extension of time of sixty (60) days and order the Reply to be filed on or before September 1, 2017.

Dated this 3rd day of July, 2017.

>   Respectfully submitted,
>   RENE L. VALLADARES
>   Federal Public Defender
>
>   */s/ C.B. Kirschner*
>   C.B. KIRSCHNER
>   Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: 1-18-2018

3